IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Allen G. Stone  
      Carolyn A. Stone

BK NO. 20-02763 HWV

Debtor(s)

Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
29 Sep 2020, 17:19:39, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322