IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Allen Stone & | : Case No. 20-02763 |
| | Carolyn Stone | : |
| | Debtors | : |
| | | : Chapter 13 |

**MOTION TO EXTEND TIME
FOR FILING REQUISITE SCHEDULES**

AND NOW, comes Allen & Carolyn Stone, Debtors, by and through their counsel, Law Office of Michael R. Caum, P.C., Michael R. Caum, Esquire, and file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file the requisite Schedules.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed on September 18, 2020.

3. Due to the expedited and hurried nature in which this petition was filed, there is insufficient time for the Debtor to compile the necessary information and to complete the requisite schedules by October 2, 2020.

4. The Debtor requests an extension of fourteen (14) days, until October 16, 2020, to file the requisite schedules.

WHEREFORE, the Debtor requests an extension time of fourteen (14) days in which to file the appropriate schedules to accompany the bankruptcy petition.

Respectfully Submitted,

Date: 10/6/2020

/s/ Michael R. Caum
Michael R. Caum, Esq.
P.O. Box 272
Shrewsbury, PA 17361
(717) 227-8039
Counsel for Debtor