**LOCAL BANKRUPTCY FORM 1007-1(c)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Carolyn Stone

CHAPTER 13

CASE NO. 1-20-bk-02763

**Debtor(s)**

**CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Carolyn Stone, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- [ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [✔] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- [ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [✔] I did not receive payment advices due to factors other than those listed above. (Please explain) I am only a temp and do not receive pay advices only receive bank deposits.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 9/1/2020

/s/Carolyn Stone
Debtor

_____
Joint Debtor