UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALLEN G. STONE and | : | CHAPTER 13 |
| CAROLYN A. STONE | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ALLEN G. STONE and | : | |
| CAOLYN A STONE | : | |
| Respondents | : | CASE NO. 1-20-bk-02763-HWV |

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 3rd day December, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 11 U.S.C. §522(d)(5) and 11 U.S.C. §522(d)(12)

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

# CERTIFICATE OF SERVICE

    AND NOW, this 7th day December, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Caum, Esquire
P.O. Box 272
Shrewsbury, PA   17361

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee