IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carolyn A. Stone<br>Allen G. Stone<br>                            Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                            Movant<br>              vs.<br><br>**Carolyn A. Stone**<br>**Allen G. Stone**<br>                            Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                            Trustee | BK NO. 20-02763 HWV<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 24, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Carolyn A. Stone
5597 Nancy Lou Lane
Stewartstown, PA 17363

Allen G. Stone
5597 Nancy Lou Lane
Stewartstown, PA 17363

<u>Attorney for Debtor(s)</u>
Michael R. Caum, Esq.
PO Box 272 (VIA ECF)
Shrewsbury, PA 17361

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 24, 2022</u>

                                                **/s/Brian C. Nicholas Esquire**
                                                Brian C. Nicholas Esquire
                                                Attorney I.D. 317240
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                412-430-3594
                                                bnicholas@kmllawgroup.com